UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDASIA SHIPPING LTD.,

              Plaintiff,                          07 CV _____

- against -                                        ECF CASE

ORIENT SHIPPING ROTTERDAM.,

              Defendant.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                                          NONE.

Dated: November 9, 2007
        New York, NY

                                          The Plaintiff,
                                          MEDASIA SHIPPING LTD.

                                          By: _____
                                          Charles E. Murphy
                                          LENNON, MURPHY & LENNON, LLC
                                          The Gray Bar Building
                                          420 Lexington Avenue, Suite 300
                                          New York, NY 10170
                                          (212) 490-6050 - phone
                                          (212) 490-6070 - fax
                                          cem@lenmur.com