BLANK ROME, LLP
Attorneys for Defendant
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDASIA SHIPPING LTD.,

    Plaintiff,

- against -

ORIENT SHIPPING ROTTERDAM,

    Defendant.

07 CV 9925 (TPG)

**F.R. CIV. P. RULE 7.1 STATEMENT**

---

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       January 3, 2008

                               Respectfully submitted,
                               BLANK ROME, LLP
                               Attorneys for Defendant

                               By /s/ Jeremy Harwood
                               Jeremy J.O. Harwood (JH 9012)
                               405 Lexington Avenue
                               New York, NY 10174
                               Tel.: (212) 885-5000