```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MEDASIA SHIPPING LTD.,

              Plaintiff,

  - against -

ORIENT SHIPPING ROTTERDAM,

              Defendant.
-------------------------------------------------------X

07 Civ. 09925 (TPG)

ECF CASE

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, Deutsche Bank, is directed to immediately release Defendant's funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amount of $210,335.49 to the Defendant's account (using the Defendant's account information as specified in the wire remittance details of the payment attached) unless otherwise instructed by the Defendant.

Dated: February 29, 2008
       Southport, CT

                                    The Plaintiff,
                                    MEDASIA SHIPPING LTD.

                                    By: _____
                                    Nancy R. Peterson (NP 2871)
                                    LENNON, MURPHY & LENNON, LLC
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    Phone (212) 490-6050
                                    Fax (212) 490-6070
                                    nrp@lenmur.com

SO ORDERED:
_____
U.S.D.J.

3/4/08